IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH MATTHEW RICHMOND )
#M-18135, )
 )
        Plaintiff, )
 )
 v. ) No. 13 C 8138
 )
WARDEN WILLIAM TERRY, )
 )
        Defendant. )

MEMORANDUM ORDER

Joseph Matthew Richmond ("Richmond") has utilized the printed form of Complaint made available by our Clerk's Office for use by prisoners bringing actions under 42 U.S.C. §1983 ("Section 1983") to sue Warden William Terry. This memorandum order is issued sua sponte because nonlawyer Richmond's confusing narrative in Complaint ¶IV plainly does not state a Section 1983 claim--and if it did, Warden Terry would clearly be the wrong defendant.

Richmond's statement of claim charges that mistakes have been made by the state authorities in recording his sentencing date for a crime that he committed while on parole for an earlier case, mistakes that in turn led to an error in his scheduled discharge date. But such errors are violations of <u>state</u> criminal law, <u>not</u> of Richmond's federal constitutional rights--and it is only the latter that are cognizable under Section 1983.

Accordingly the Complaint and this action are dismissed for lack of federal subject matter jurisdiction. And although

Richmond has not properly supported his accompanying Application To Proceed Without Prepayment of Fees (see 28 U.S.C. §1915), this Court is loath to burden him with the obligation for future installment payments of the $350 filing fee, hence it simply denies that Application as moot.

                                      _____
                                      Milton I. Shadur
                                      Senior United States District Judge

Date:  November 15, 2013